UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| RYAN JOHN UNGER, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-68-SNLJ |
| | ) | |
| U.S.A., | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on remand from the United States Court of Appeals for the Eighth Circuit for a determination of whether to issue a certificate of appealability. The Court finds that movant has not made a substantial showing of the denial of a constitutional right. Nor has movant shown that jurists of reason would find it debatable whether the Court was correct in its procedural ruling. For these reasons the Court will not issue a certificate of appealability. *See* 28 U.S.C. § 2253(c).

Accordingly,

**IT IS HEREBY ORDERED** that the Court will not issue a certificate of appealability for its memorandum and order denying movant's motion to vacate under 28 U.S.C. § 2255.

**SO ORDERED** this 13th day of August, 2026.

STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE